# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Waldo Lanares-Mendez ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-440
3:04-cr-209-1

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

Signed: September 29, 2010

Frank G. Johns, Clerk
United States District Court